■ In the Matter of DANIEL J. BRADY, a Suspended Attorney. [671 NYS2d 220] —Motion for reinstatement granted only insofar as to refer this matter to a Referee for a hearing, as indicated. No opinion. Concur—Sullivan, J. P., Wallach, Rubin, Tom and Saxe, JJ.

■ In the Matter of STANLEY M. FRIEDMAN (Admitted as STANLEY MELVIN FRIEDMAN), a Disbarred Attorney. [671 NYS2d 220] —Application for reinstatement granted to the extent of appointing a Referee, as indicated. No opinion. Concur—Rosenberger, J. P., Nardelli, Wallach, Williams and Tom, JJ.

■ In the Matter of FRED DeJOHN, a Retired Attorney. [671 NYS2d 970] —Motion to vacate a purported order of this Court suspending movant is dismissed as unnecessary, no such order of this Court having been entered with respect to movant's registration status. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.

■ In the Matter of H. MICHAEL ZUKOWSKI, a Suspended Attorney. [671 NYS2d 219] —Motion granted, and an attorney appointed to inventory the files of respondent. No opinion. Concur—Sullivan, J. P., Milonas, Tom, Mazzarelli and Saxe, JJ.